UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VERONICA MADDY,

                Plaintiff,

                                            22 civ 5961 (JGK)

       -against-

LaVIDA MASSAGE FRANCHISE DEVELOPMENT, INC.,
                        Defendant.
-------------------------------------------------------------X

**ORDER**

The parties shall provide the Court with a Rule 26(f) report by **October 31, 2022.**

The October 19, 2022 conference is canceled.

**SO ORDERED.**

                                                                JOHN G. KOELTL
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          October 13, 2022